JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/15/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**Jorge Arturo Lagos**, an individual; **Lia L. Lagos**, an individual; **4L Motors, Inc.**, a California corporation; and Does 1-10 inclusive,<br><br>    Defendants. | **Case No. 2:19-CV-00879-JAK-PLA**<br><br>**JUDGMENT** |

Based on a review of Plaintiff's Application for Default Judgment (Dkt. 22), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff, Young Hee Park, and against Defendants, Jorge Arturo Lagos, Lia L. Lagos, and 4L Motors, Inc., on Plaintiff's claim for injunctive relief under the Americans with Disabilities Act. Plaintiff shall recover $2,460 in attorney's fees and costs.
2. Plaintiff's Unruh Act claim is dismissed without prejudice.

.

Dated: January 15, 2020

_____
John A. Kronstadt
United States District Judge